**BLOUNT SEAFOOD CORPORATION**

v.

**Caroline G. CRISCUOLO.**

**No. 82–284–Appeal.**

Supreme Court of Rhode Island.

April 14, 1983.

Carroll, Kelly & Murphy, Robert K. Argentieri, Providence, for petitioner.

Raul L. Lovett, Providence, for respondent.

## ORDER

This workers' compensation appeal came before the court on April 7, 1983, pursuant to an order directed to the employee to show cause why her appeal should not be dismissed. After a consideration of the record, the employee's brief, and the arguments of counsel, it is the court's conclusion that cause has not been shown.

Consequently, the employee's appeal is denied and dismissed, and the decree appealed from is affirmed.